UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

December 12, 2017

United States District Court of Northern District
280 South 1st Street, Room 2112
San Jose, CA 95113

RE:        USA vs. DOUGLAS STORMS YORK
USDC No.:  1:17−MJ−00218−BAM

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 08, 2017, transmitted herewith are the following documents:

**Electronic Documents: 1 to 6**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **S. Martin−Gill**

Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
                    *(Print Name)*

NEW CASE NUMBER: _____